# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAMES E. SMITH**                                                                                   **PETITIONER**
**#121300**

**V.**                          **Case No. 5:06CV00313JMM/BD**

**LARRY NORRIS,**                                                                                **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's Writ of Habeas Corpus (# 2) is DENIED, and DISMISSED with prejudice.

IT IS SO ORDERED, this   22   day of  August , 2007.

_____
UNITED STATES DISTRICT JUDGE