**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES E. SMITH**                                                                  **PETITIONER**
**#121300**

**V.**                  **Case No. 5:06CV00313JMM/BD**

**LARRY NORRIS,**                                            **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED, this   22   day of   August  , 2007.


_____
UNITED STATES DISTRICT JUDGE