IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. SMITH
#121300                                                                     PETITIONER

VS.                    CASE NO. 5:06CV00313 JMM

LARRY NORRIS, DIRECTOR                                      RESPONDENT

ORDER

Based upon the Judgement entered in favor of respondent on August 23, 2007, petitioner's Request to Subpoena Petitioner's Eighty-Two Page Pro Se Brief which was filed with the Arkansas Court of Appeals is dismissed as moot (#25).

IT IS SO ORDERED THIS  24  day of  August , 2007.

James M. Moody
United States District Judge